Ent JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN AQUINO,<br><br>        Petitioner,<br><br>vs.<br><br>V.M. ALMAGER,<br><br>        Respondent. | Case No. CV 08-544-JFW (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 7/16/08

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE